IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HORIZON MEDICINES LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>ALKEM LABORATORIES LTD.,<br><br>    *Defendant.* | C.A. No. 1:18-cv-01014-RGA |

**PLAINTIFF HORIZON MEDICINES, LLC'S & DEFENDANT ALKEM
LABORATORIES LTD.'S JOINT CLAIM CONSTRUCTION CHART**

  Plaintiff Horizon Medicines LLC ("Plaintiff") and Defendant Alkem Laboratories Ltd. ("Defendant") have met and conferred and present the following Joint Claim Construction Chart for U.S. Patent No. 8,067,033 ("the '033 patent," attached hereto as Exhibit A), and U.S. Patent No. 8,067,451 ("the '451 patent," attached hereto as Exhibit B) (collectively, the "Patents-In-Suit").

  The parties' Joint Claim Construction Chart for the Patents-In-Suit is attached as Exhibit C-1 and Exhibit C-2. For ease of the Court, Exhibit C-1 lists the disputed terms from the Patents-In-Suit and the parties' proposed constructions. Exhibit C-2 lists the disputed terms from the Patents-In-Suit and the parties' proposed constructions, as well as the intrinsic evidence that they may rely upon in support of their proposed constructions.

  Additionally, copies of the intrinsic evidence that the parties may rely upon in support of their proposed constructions are included in Exhibits D-M. Exhibit D contains excerpts from the file history of the '033 patent. Exhibit E contains excerpts from the file history of the '451 patent. Exhibit F contains '033 patent family member U.S. Patent No. 8,309,127 and excerpts from its file history. Exhibit G contains '033 patent family member U.S. Patent No. 8,318,202

1

and excerpts from its file history. Exhibit H contains '033 patent family member U.S. Patent No. 8,449,910 and excerpts from its file history. Exhibit I contains '033 patent family member U.S. Patent No. 8,501,228 and excerpts from its file history. Exhibit J contains excerpts from the file history of U.S Patent Application No. 11/489,269, which is a member of the '451 patent family. Exhibit K contains excerpts from the file history of U.S Patent Application No. 11/489,272, which is a member of the '451 patent family. Exhibit L contains excerpts from the file history of U.S Patent Application No. 11/489,275, which is a member of the '451 patent family. Exhibit M contains excerpts from the file history of U.S Patent Application No. 11/489,705, which is a member of the '451 patent family.

Date: July 2, 2019

/s/ Chad S.C. Stover
Chad S.C. Stover (No. 4919)
1000 N. West Street, Suite 1500
BARNES & THORNBURG LLP
Wilmington, Delaware 19801
Telephone: (302) 300-3474
chad.stover@btlaw.com

*Of Counsel:*

Robert F. Green
Caryn C. Borg-Breen
Jessica Tyrus Mackay
Christopher W. Weber
GREEN GRIFFITH & BORG-BREEN LLP
676 North Michigan Avenue, Suite 3900
Chicago, Illinois 60611
Telephone: (312) 883-8000
rgreen@greengriffith.com
cborg-breen@ greengriffith.com
jmackay@greengriffith.com
cweber@greengriffith.com

*Attorneys for Plaintiff Horizon Medicines LLC*

/s/ Dominick T. Gattuso
Dominick T. Gattuso (#3630)
Aaron M. Nelson (#5941)
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, Delaware 19801
(302) 472-7300
dgattuso@hegh.law
anelson@hegh.law

*Of Counsel:*

William A. Rakoczy
Paul J. Molino
Amy D. Brody
Anuj K. Wadhwa
Xiaomei Cai
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
wrakoczy@rmmslegal.com
paul@rmmslegal.com
abrody@rmmslegal.com
awadhwa@rmmslegal.com

xcai@rmmslegal.com

*Attorneys for Defendant Alkem Laboratories Ltd.*