## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HORIZON MEDICINES LLC,<br><br>        *Plaintiff,*<br><br>v.<br><br>ALKEM LABORATORIES LTD.,<br><br>        *Defendant.* | C.A. No. 1:18-cv-01014-RGA<br><br>**Related to Docket No. 48** |

### VOLUME 2 OF 2
### PLAINTIFF HORIZON MEDICINES, LLC'S & DEFENDANT ALKEM LABORATORIES LTD.'S JOINT CLAIM CONSTRUCTION CHART

Chad S.C. Stover (No. 4919)
1000 N. West Street, Suite 1500
BARNES & THORNBURG LLP
Wilmington, Delaware 19801
Telephone: (302) 300-3474
chad.stover@btlaw.com

*Of Counsel:*

Robert F. Green
Caryn C. Borg-Breen
Jessica Tyrus Mackay
Christopher W. Weber
GREEN GRIFFITH & BORG-BREEN LLP
676 North Michigan Avenue, Suite 3900
Chicago, Illinois 60611
Telephone: (312) 883-8000
rgreen@greengriffith.com
cborg-breen@ greengriffith.com
jmackay@greengriffith.com
cweber@greengriffith.com

*Attorneys for Plaintiff Horizon Medicines LLC*

Dominick T. Gattuso (#3630)
Aaron M. Nelson (#5941)
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, Delaware 19801
(302) 472-7300
dgattuso@hegh.law
anelson@hegh.law

*Of Counsel:*

William A. Rakoczy
Paul J. Molino
Amy D. Brody
Anuj K. Wadhwa
Xiaomei Cai
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
wrakoczy@rmmslegal.com
paul@rmmslegal.com
abrody@rmmslegal.com
awadhwa@rmmslegal.com
xcai@rmmslegal.com

*Attorneys for Defendant Alkem Laboratories Ltd.*