IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HORIZON MEDICINES LLC,<br><br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>ALKEM LABORATORIES LTD.,<br><br>　　　　　*Defendant.* | C.A. No. 1:18-cv-01014-RGA |

**PLAINTIFF HORIZON MEDICINES, LLC'S
NOTICE OF DEPOSITION OF ARUN KUMAR PANDEY**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Horizon Medicines, LLC ("Horizon"), by its attorneys, will take the deposition upon oral examination of Arun Kumar Pandey before a Notary Public or other office authorized to administer oaths, beginning at 9:00 a.m. on November 11th, 2019, and continuing from day to day until completed, at the offices of Green Griffith & Borg-Breen LLP, 676 North Michigan Avenue, Suite 3900, Chicago, Illinois 60611. The deposition will be recorded by stenographic means and may be videotaped. You are invited to attend and participate. The deposition shall continue until its completion as permitted pursuant to Federal Rule of Civil Procedure 30(d)(1).

Date:  October 7, 2019                                      BARNES & THORNBURG LLP

/s/ *Regina S.E. Murphy*
Chad S.C. Stover (No. 4919)
Regina S.E. Murphy (No. 5648)
1000 N. West Street, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 300-3474
chad.stover@btlaw.com
gigi.murphy@btlaw.com

Of Counsel:

Robert F. Green
Caryn C. Borg-Breen
Jessica Tyrus Mackay
Christopher W. Weber
GREEN GRIFFITH & BORG-BREEN LLP
676 North Michigan Avenue, Suite 3900
Chicago, Illinois 60611
Telephone: (312) 883-8000
rgreen@greengriffith.com
cborg-breen@ greengriffith.com
jmackay@greengriffith.com
cweber@greengriffith.com

*Attorneys for Plaintiff Horizon Medicines LLC*