IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HORIZON MEDICINES LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>ALKEM LABORATORIES LTD.,<br><br>    *Defendant.* | C.A. No. 1:18-cv-01014-RGA |

**PLAINTIFF HORIZON MEDICINES, LLC'S
NOTICE OF DEPOSITION OF UJWAL CHHABRA**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Horizon Medicines, LLC ("Horizon"), by its attorneys, will take the deposition upon oral examination of Ujwal Chhabra before a Notary Public or other office authorized to administer oaths, beginning at 9:00 a.m. on November 7th, 2019, and continuing from day to day until completed, at the offices of Green Griffith & Borg-Breen LLP, 676 North Michigan Avenue, Suite 3900, Chicago, Illinois 60611. The deposition will be recorded by stenographic means and may be videotaped. You are invited to attend and participate. The deposition shall continue until its completion as permitted pursuant to Federal Rule of Civil Procedure 30(d)(1).

Date:  October 7, 2019　　　　　　　　　　BARNES & THORNBURG LLP

　　　　　　　　　　　　　　　　　　　　/s/ *Regina S.E. Murphy*
　　　　　　　　　　　　　　　　　　　　Chad S.C. Stover (No. 4919)
　　　　　　　　　　　　　　　　　　　　Regina S.E. Murphy (No. 5648)
　　　　　　　　　　　　　　　　　　　　1000 N. West Street, Suite 1500
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 300-3474
　　　　　　　　　　　　　　　　　　　　chad.stover@btlaw.com
　　　　　　　　　　　　　　　　　　　　gigi.murphy@btlaw.com

　　　　　　　　　　　　　　　　　　　　Of Counsel:

　　　　　　　　　　　　　　　　　　　　Robert F. Green
　　　　　　　　　　　　　　　　　　　　Caryn C. Borg-Breen
　　　　　　　　　　　　　　　　　　　　Jessica Tyrus Mackay
　　　　　　　　　　　　　　　　　　　　Christopher W. Weber
　　　　　　　　　　　　　　　　　　　　GREEN GRIFFITH & BORG-BREEN LLP
　　　　　　　　　　　　　　　　　　　　676 North Michigan Avenue, Suite 3900
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60611
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 883-8000
　　　　　　　　　　　　　　　　　　　　rgreen@greengriffith.com
　　　　　　　　　　　　　　　　　　　　cborg-breen@ greengriffith.com
　　　　　　　　　　　　　　　　　　　　jmackay@greengriffith.com
　　　　　　　　　　　　　　　　　　　　cweber@greengriffith.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Horizon Medicines LLC*