IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HORIZON MEDICINES LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> ALKEM LABORATORIES LTD., <br><br> *Defendant.* | C.A. No. 1:18-cv-01014-RGA |

**PLAINTIFF HORIZON MEDICINES, LLC'S**
**NOTICE OF DEPOSITION OF SAGAR BAHETI**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Horizon Medicines, LLC ("Horizon"), by its attorneys, will take the deposition upon oral examination of Sagar Baheti before a Notary Public or other office authorized to administer oaths, beginning at 9:00 a.m. on November 4th, 2019, and continuing from day to day until completed, at the offices of Green Griffith & Borg-Breen LLP, 676 North Michigan Avenue, Suite 3900, Chicago, Illinois 60611.  The deposition will be recorded by stenographic means and may be videotaped.  You are invited to attend and participate.  The deposition shall continue until its completion as permitted pursuant to Federal Rule of Civil Procedure 30(d)(1).

Date: October 7, 2019					BARNES & THORNBURG LLP

							/s/ *Regina S.E. Murphy*
							Chad S.C. Stover (No. 4919)
							Regina S.E. Murphy (No. 5648)
							1000 N. West Street, Suite 1500
							Wilmington, Delaware 19801
							Telephone: (302) 300-3474
							chad.stover@btlaw.com
							gigi.murphy@btlaw.com

							Of Counsel:

							Robert F. Green
							Caryn C. Borg-Breen
							Jessica Tyrus Mackay
							Christopher W. Weber
							GREEN GRIFFITH & BORG-BREEN LLP
							676 North Michigan Avenue, Suite 3900
							Chicago, Illinois 60611
							Telephone: (312) 883-8000
							rgreen@greengriffith.com
							cborg-breen@ greengriffith.com
							jmackay@greengriffith.com
							cweber@greengriffith.com

							*Attorneys for Plaintiff Horizon Medicines LLC*