# BARNES & THORNBURG LLP

1000 N. West Street, Suite 1500
Wilmington, Delaware 19801
(302) 300-3434
Fax (302) 300-3456

Chad S.C. Stover
(302) 300-3474
Email: chad.stover@btlaw.com

August 24, 2020

**VIA CM/ECF**
The Honorable Richard G. Andrews
United State District Court for the
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9, Room 6325
Wilmington, DE 19801-3570

   Re: *Horizon Medicines LLC v. Alkem Laboratories, Inc.,* C.A. No. 18-1014-RGA

Dear Judge Andrews:

  Horizon Medicines LLC writes to follow up on the arguments made at the Pretrial Conference.  Horizon argued that it should be permitted to put on evidence that Barry L. Golombik contributed to the conception of the '033 patent and should have been listed as an inventor, and thus the '096 publication is not prior art because it is not the work of another.  This evidence would be consistent with Mr. Golombik's deposition testimony submitted jointly by the parties today, and the deposition testimony of co-inventor Dr. George Tidmarsh.

  Horizon additionally submits that it would be willing to make Mr. Golombik available for an additional limited deposition prior to trial.  This deposition would mitigate any prejudice Alkem alleges it would suffer.

  Horizon appreciates the Court's consideration of this issue about the admissibility of important proofs.

              Respectfully submitted,

              Chad S.C. Stover (DE Bar No. 4919)

cc: Counsel of Record (via CM/ECF)