# BARNES & THORNBURG LLP

1000 N. West Street, Suite 1500
Wilmington, Delaware 19801
(302) 300-3434
Fax (302) 300-3456

Chad S.C. Stover.
(302) 300-3474
Email: chad.stover@btlaw.com

August 24, 2020

**REDACTED VERSION**

<u>**VIA CM/ECF**</u>
The Honorable Richard G. Andrews
United State District Court for the
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9, Room 6325
Wilmington, DE 19801-3570

      Re:    *Horizon Medicines LLC v. Alkem Laboratories, Inc.*, C.A. No. 18-1014-RGA

Dear Judge Andrews:

      Plaintiff Horizon Medicines LLC ("Horizon") and Defendant Alkem Laboratories Ltd. ("Alkem") hereby respectfully jointly submit, pursuant to the Court's request at the August 21, 2020 Final Pretrial Conference, the attached excerpts of the transcript of the January 17, 2020 deposition of Barry L. Golombik (Exhibit A), with testimony relevant to inventorship of United States Patent No. 8,067,033 (the "'033 patent") addressed in connection with DMIL #2 (D.I. 190 at 2-3) highlighted therein. Specifically, Alkem's proposed excerpts are highlighted in yellow and Horizon's additional proposed excerpts are highlighted in blue.

            \*      \*      \*

      The parties thank Your Honor for attention to this matter.

      Respectfully submitted,

      */s/ Chad S.C. Stover*

      Chad S.C. Stover (DE Bar No. 4919)

Enclosure

cc: Counsel of Record (via CM/ECF)