IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HORIZON MEDICINES LLC,<br><br>　　　　　　　*Plaintiff,*<br><br>　　v.<br><br>ALKEM LABORATORIES LTD.,<br><br>　　　　　　　*Defendant.* | C.A. No. 18-1014-RGA |

## STIPULATION AND ORDER ON ALKEM LABORATORIES LTD.'S
## BILL OF COSTS

WHEREAS, this Court entered Final Judgment in favor of Alkem Laboratories Ltd. ("Alkem") on November 30, 2020 (D.I. 239);

WHEREAS, Horizon Medicines LLC ("Horizon") filed a Notice of Appeal on December 23, 2020 (D.I. 242);

WHEREAS, the Federal Circuit issued its Mandate on December 23, 2021, affirming this Court's judgment (D.I. 270);

WHEREAS, under this Court's Final Judgment, Alkem may file a Bill of Costs within thirty (30) days after the issuance of the Federal Circuit's mandate (D.I. 239 at 2-3);

WHEREAS, in lieu of burdening the Court with a Bill of Costs, the parties have conferred and negotiated an amount of $30,000 in costs that Horizon shall pay to Alkem in full and complete satisfaction of Alkem's proposed Bill of Costs;

WHEREFOR, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the Court's approval, that Horizon shall pay to Alkem $30,000.00 in costs within fourteen (14) days of January 31, 2022.

**SO STIPULATED** this 31st day of January, 2022.

| | |
|---|---|
| /s/  Chad S.C. Stover | /s/ Dominick T. Gattuso |
| Chad S.C. Stover (No. 4919) | Dominick T. Gattuso (No. 3630) |
| BARNES & THORNBURG LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| 1000 N. West Street, Suite 1500 | 300 Delaware Avenue, Suite 200 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| Telephone: (302) 300-3474 | Telephone: (302) 472-7311 |
| chad.stover@btlaw.com | dgattuso@hegh.law |
| | |
| *Attorneys for Plaintiff Horizon Medicines LLC* | *Attorneys for Defendant Alkem Laboratories Ltd.* |
| | |
| Caryn C. Borg-Breen | William A. Rakoczy |
| Jessica Tyrus Mackay | Kevin P. Burke |
| Timothy J. O'Brien | RAKOCZY MOLINO MAZZOCHI SIWIK LLP |
| GREEN GRIFFITH & BORG-BREEN LLP | 6 West Hubbard Street, Suite 500 |
| 676 North Michigan Avenue, Suite 3900 | Chicago, Illinois 60654 |
| Chicago, Illinois 60611 | Telephone: (312) 527-2157 |
| Telephone: (312) 883-8000 | wrakoczy@rmmslegal.com |
| cborg-breen@greengriffith.com | kburke@rmmslegal.com |
| jmackay@greengriffith.com | |
| tobrien@greengriffith.com | *Of Counsel for Defendant Alkem Laboratories Ltd.* |
| | |
| *Of Counsel for Plaintiff Horizon Medicines LLC* | |

SO ORDERED this ___ day of _____, 2022.

_____
The Honorable Richard G. Andrews
United States District Judge