IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HORIZON MEDICINES LLC,<br><br>                 *Plaintiff,*<br><br>   v.<br><br>ALKEM LABORATORIES LTD.,<br><br>               *Defendant.* | C.A. No. 18-1014-RGA |

## AMENDED STIPULATION AND ORDER ON ALKEM LABORATORIES LTD.'S BILL OF COSTS

WHEREAS, Alkem Laboratories Ltd.'s ("Alkem") and Horizon Medicines LLC ("Horizon) previously filed a Stipulation and Order on Alkem's Bill of Costs (D.I. 275) ("Stipulation and Order"), which was entered by the Court on January 31, 2022 (D.I. 276);

WHEREAS, the Stipulation and Order provided that Horizon Medicines LLC ("Horizon") shall pay to Alkem $30,000 in costs within fourteen days (14) days of January 31, 2022 in full and complete satisfaction of Alkem's proposed Bill of Costs (D.I. 275);

WHEREAS, Alkem has now requested that Horizon make payment to Alkem's subsidiary in the United States, Ascend Laboratories, LLC ("Ascend") in lieu of making payment to Alkem;

WHEREAS, Horizon has agreed to make payment to Ascend and Alkem has agreed that such payment by Horizon to Ascend will constitute a full and complete satisfaction of its obligations to Alkem as stated in the Stipulation and Order;

WHEREFOR, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the Court's approval, that Horizon shall make payment of Alkem's $30,000.00 in costs to Ascend within fourteen (14) days of February 11, 2022.

**SO STIPULATED** this 11th day of February, 2022.

| | |
|---|---|
| /s/ Chad S.C. Stover | /s/ Dominick T. Gattuso |
| Chad S.C. Stover (No. 4919) | Dominick T. Gattuso (No. 3630) |
| BARNES & THORNBURG LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| 1000 N. West Street, Suite 1500 | 300 Delaware Avenue, Suite 200 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| Telephone: (302) 300-3474 | Telephone: (302) 472-7311 |
| chad.stover@btlaw.com | dgattuso@hegh.law |
| | |
| *Attorneys for Plaintiff Horizon Medicines LLC* | *Attorneys for Defendant Alkem Laboratories Ltd.* |
| | |
| Caryn C. Borg-Breen | William A. Rakoczy |
| Jessica Tyrus Mackay | Kevin P. Burke |
| Timothy J. O'Brien | RAKOCZY MOLINO MAZZOCHI SIWIK LLP |
| GREEN GRIFFITH & BORG-BREEN LLP | 6 West Hubbard Street, Suite 500 |
| 676 North Michigan Avenue, Suite 3900 | Chicago, Illinois 60654 |
| Chicago, Illinois 60611 | Telephone: (312) 527-2157 |
| Telephone: (312) 883-8000 | wrakoczy@rmmslegal.com |
| cborg-breen@greengriffith.com | kburke@rmmslegal.com |
| jmackay@greengriffith.com | |
| tobrien@greengriffith.com | *Of Counsel for Defendant Alkem Laboratories Ltd.* |
| | |
| *Of Counsel for Plaintiff Horizon Medicines LLC* | |

SO ORDERED this ___ day of February, 2022.

                                                    _____
                                                    The Honorable Richard G. Andrews
                                                    United States District Judge